IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.

EUGENE HUELSMAN

SEALED
INDICTMENT

3:21-cr-31-TKW

_____/

THE GRAND JURY CHARGES:

COUNT ONE

On or about January 9, 2021, in the Northern District of Florida and elsewhere, the defendant,

**EUGENE HUELSMAN,**

did knowingly transmit in interstate commerce a communication, that is, a telephone call to the office of M.G., containing a true threat to injure the person of another, with the intent that this communication be perceived as a true threat, by stating, amongst other things:

> "Tell [M.G.] to watch his back, tell him to watch his children . . . I'm coming for him, he's gonna fucking die . . . I'm gonna fucking kill him . . . Watch your back, I'm coming for you. I'm gonna put a bullet in you and I'm gonna put a bullet in one of your fucking kids too."

Returned in open court pursuant to Rule 6(f)

Date: May 18, 2021

_____
United States Magistrate Judge

In violation of Title 18, United States Code, Section 875(c).

A TRUE BILL:

███████████████

FOREPERSON

18 MAY 2021
DATE

_____
JASON R. COODY
Acting United States Attorney

_____
DAVID L. GOLDBERG
Assistant United States Attorney

_____
LAZARO P. FIELDS
Assistant United States Attorney