# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

v.                                                                    CASE NO.  3:21cr31/TKW

**EUGENE HUELSMAN**

_____

## MOTION TO UNSEAL INDICTMENT

COMES NOW, the United States of America, by and through the undersigned Assistant United States Attorney, and moves this Court to unseal the instant indictment.  (*See* ECF No. 1).  The defendant has been taken into custody on the indictment in the Central District of California, and he is anticipated to appear in Court on the date of this filing.  As a result, it is necessary for the document to be unsealed for further proceedings.

THEREFORE, in light of the foregoing, on this 22nd day of October, 2021, the government requests that this Court order the instant indictment unsealed.

Respectfully submitted,

JASON R. COODY
Acting United States Attorney

*/s/ David L. Goldberg*
David L. Goldberg
Assistant United States Attorney
Member of the Maryland Bar
21 East Garden Street, Suite 400
Pensacola, FL  32502-5675
Phone:  (850)444-4000

## ORDER

DONE AND ORDERED this the __22nd__ day of October, 2021.

*Hope Thai Cannon*
HOPE T. CANNON
U.S. MAGISTRATE JUDGE