# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA  DIVISION

**UNITED STATES OF AMERICA**

**vs**                                                    **CASE NO.**      **3:21cr31-TKW**

**EUGENE HUELSMAN**

_____/

## NOTICE OF HEARING

**TAKE NOTICE** a proceeding in this case has been scheduled for the place, date and time set forth below:

**Place:**                          United States District Court
                                    One North Palafox Street
                                    Pensacola, FL 32502

**Location:**                       Courtroom 3 North

**Date:**                           October 29, 2021

**Time:**                           11:00am

**Proceeding:**                     Initial Appearance
                                    before the Honorable Hope T. Cannon, U.S. Magistrate Judge

**NOTE:  If you or any party, witness or attorney in this matter have a disability which requires special accommodation, such as a hearing impairment requiring a sign-language interpreter or a wheelchair restriction requiring ramp access, please contact the Office of the Clerk of Court at least one week prior to the hearing (or as soon as possible) so arrangements may be made.**

**JESSICA J. LYUBLANOVITS,**
**CLERK OF COURT**

October 22, 2021                    _/s/ Sylvia Williams_
_____            _____
DATE:                              Deputy Clerk

Copies furnished to:

Counsel of Record
U.S. Marshal
U.S. Probation Office
Court Security