IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                    Case No. 3:21cr31/TKW

EUGENE HUELSMAN,

    Defendant.

_____/

**DEFENDANT'S MOTION TO CONTINUE HIS
INITIAL APPEARANCE IN THIS DISTRICT
(UNOPPOSED)**

The defendant, EUGENE HUELSMAN, through his undersigned counsel (counsel), moves to continue his initial appearance in this District until November 30, 2021, or after.

Mr. Huelsman made his initial appearance in the United States District Court for the Central District of California on Friday, October 22, 2021. An attorney from the Office of the Federal Public Defender in Los Angeles was appointed for the limited purpose of this initial appearance. Mr. Huelsman was released on conditions of release. He respectfully requests a continuance of the initial appearance in this District presently set for October 29, 2021, at 11:00 AM until a date on or after November 29, 2021, to allow him time to locate and retain counsel to represent him in the Northern District of Florida, and to arrange for travel to the District for his initial appearance. The

government has no objection to this request.

Under the Speedy Trial Act, specifically 18 U.S.C. §3161(c)(1), the 70 day period for trial would not start until the defendant makes his initial appearance in this District (the charging district).

WHEREFORE, Mr. Huelsman moves to continue his initial appearance in this District until November 30, 2021, or later.

## LOCAL RULE 7.1(B) CERTIFICATE

I HEREBY CERTIFY that I have conferred with Assistant U.S. Attorney David Goldberg and he does not oppose this motion.

RESPECTFULLY SUBMITTED this 27th day October 2021.

>
> /s/ Thomas S. Keith
> THOMAS S. KEITH
> Florida Bar No. 0243078
> Attorney for Defendant
> 3 W. Garden Street, Suite 200
> Pensacola, FL   32502
> Thomas_Keith@fd.org
> (850) 432-1418