IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                              Case No. 3:21cr31/TKW

EUGENE HUELSMAN
_____/

## FACTUAL BASIS FOR GUILTY PLEA

Defendant admits that if this case were to proceed to trial, the government could prove the following facts.

On January 9, 2021, at approximately 11:43 a.m., a caller from XXX-XXX-9155 left a voicemail on victim M.G.'s congressional district office line in Florida. After receiving the voicemail, a staff member in Pensacola, Florida, where the call landed, contacted the U.S. Capitol Police for security purposes. A portion of the voicemail, which lasted approximately one minute and 57 seconds, is below:

> Tell [M.G.] to watch his back, tell him to watch his children, tell him to watch everyone. I'm coming for him, he's gonna fucking die, he's a fucking despicable fucking tyrant and I'm gonna fucking kill him. I'm gonna fucking kill you, fucking [M.G.]. You're fucking despicable. You're fucking despicable! Play this fucking recording for [M.G.]. You're fucking despicable. Watch your back, you fucking pig. I'm gonna fucking plant a bullet in the back of your fucking head you skunk fuck. You're fucking despicable. Fucking tyrant bastard piece of shit…Watch your back and watch your kids, I'm coming for you. I'm gonna get you, you fucking piece of shit….Play this fucking recording for [M.G.], that fucking piece of shit. Tyrant

1



> skunk fuck. You wanna call me back? Do it, I dare you. I'm 91360 that's my zip code, you piece of shit...Play the entire fucking recording for him. You're a fucking despicable prick motherfucker...You fucking despicable fuck. Watch your back, I'm coming for you. I'm gonna put a bullet in you and I'm gonna put a bullet in one of your fucking kids too. I hate you. I hate you. I hate your wife, I hate your despicable children you're - fuck you. Die in a hole. I hope you die in a shallow grave, you despicable tyrant.

A search revealed that the XXX-XXX-9155 phone number was associated with Eugene HUELSMAN. AT&T provided information that "Gene J. Huelsman" of Thousand Oaks, California, was associated with the phone number. AT&T provided subscriber information, mobility report, and other documents that confirmed HUELSMAN was the subscriber for the number. The AT&T records also confirmed there was an outgoing call from said number to M.G.'s (850) area code district phone number on January 9, 2021.

Defendant HUESLMAN was known to federal law enforcement because, back in 2018, he was investigated by the United States Secret Service for prior social media postings related to a member of a former President's family. HUESLMAN admits he made the telephone call charged in the instant offense on the date charged and that the Indictment is true and accurate and is incorporated herein.

2

## Elements of the Offense

### COUNT 1 – PJI O30.3

The Defendant can be found guilty of this crime only if the following facts are proved beyond a reasonable doubt:

(1) the Defendant knowingly sent a message in interstate commerce containing a true threat to injure the person of another; and
(2) the Defendant sent the message with the intent to communicate a true threat or with the knowledge that it would be viewed as a true threat.

_____
CURTIS FALLGATTER
Attorney for Defendant
Florida Bar No. 0213225
200 East Forsyth Street
Jacksonville, Florida 32202
(904) 353-5800

3/21/22
Date

_____
EUGENE HUELSMAN
Defendant

3/21/2022
Date

JASON R. COODY
United States Attorney

_____
DAVID L. GOLDBERG
Assistant U.S. Attorney
Northern District of Florida
Member of the Maryland Bar
21 East Garden Street, Suite 400
Pensacola, Florida 32502
(850) 444-4000

4/14/22
Date

3